UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                       Plaintiff,

-v.-

$473,519.11 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT IN WELLS FARGO BANK ACCOUNT ENDING IN -1102 HELD IN THE NAME OF SHEYEN CONSTRUCT INC. SEIZED ON OR ABOUT MAY 9, 2022,

                       Defendant-*in-rem*.

23 Civ. 4217 (JHR)

ORDER OF DISMISSAL

JENNIFER H. REARDEN, District Judge:

    The parties have reached a settlement. ECF No. 10. Accordingly, the Court hereby ORDERS that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice. The initial pretrial conference scheduled for September 15, 2023, at 10:45 a.m., is canceled. The Clerk of Court is directed to CLOSE the case.

    SO ORDERED.

Dated: September 6, 2023
       New York, New York

                                                         JENNIFER H. REARDEN
                                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2023